PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jason David Emker                                Cr.: 07-00476-001

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 10/10/07

Original Offense: Uttering Counterfeit Instruments

Original Sentence: 60 months probation

Type of Supervision: Probation                          Date Supervision Commenced: 10/10/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of probation:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On September 22, 2008, the offender submitted a urine sample which tested positive for steroids by STL labs. |

U.S. Probation Officer Action: At the onset of probation, Jason Emker was placed in our phase drug testing system, wherein he was initially tested three times monthly on a random basis (Phase I). After eleven months of no detected drug use, he graduated to Phase III which reduces random testing to once a month. With this positive result, the probation office will return Jason Emker to the Phase I category, pursue a substance abuse assessment, and outpatient treatment services if deemed necessary.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 10/09/08

*The Court's endorsement of this petition will serve as a official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10/30/08
Date