UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 07-476 (FSH) |
| v. | : | |
| | : | |
| JASON EMKER. | : | **ORDER** |
| | : | |
| Defendant. | : | |
| | : | |

This matter having come before the Court by letter dated April 2, 2010 (docket entry # 28) by the Defendant, Jason Emker, for an Order granting early termination of his term of Probation; and the Government having submitted opposition by letter dated May 18, 2010; and the Court having reviewed the parties' submissions; and for good cause shown,

**IT IS** on this 24th day of May, 2010,

**ORDERED** that the Defendant's request for early termination of his term of Probation is hereby **DENIED.**

    /s/ Faith S. Hochberg
United States District Judge